UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANITA NAQUIN

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 07-104-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Commissioner's decision denying disability insurance shall be REVERSED and that the matter shall be REMANDED to the Commissioner pursuant to Sentence 4 of the Social Security Act for reconsideration of plaintiff's mental impairments in light of the "slight abnormality" standard set forth in the regulations and by *Stone v. Heckler*; and for further proceedings consistent with the ruling of the Court following its review of this report and recommendation, including the presentation of any further relevant evidence developed by the parties.[1]

---

[1] *Brenem v. Harris*, 621 F.2d 688, 690, n.1 (5th Cir. 1980) ("with a remand ordered the hearing should cover all pertinent evidence," including evidence that might not otherwise warrant a remand for new evidence). Evidence that is pertinent or relevant, on remand, to the period of disability claimed herein does not include, however, evidence that relates only to any disabling condition that arose after the Commissioner's determination below. *Johnson v. Heckler*, 767 F. 2d 180, 183 (5th Cir. 1985). On the
(continued...)

Doc#45059

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 14, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1](...continued)
other hand, subsequent, non-contemporaneous medical records and testimony may be relevant to the question of whether disability existed at an earlier time. *Ivy v. Sullivan*, 898 F.2d 1045, 1048 (5th Cir. 1990).

Doc#45059